UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY JOHN CADIERE, JR. | CIVIL ACTION |
| VERSUS | NO. 16-15870 |
| TERREBONNE PARISH SHERRIFF'S OFFICE, ET AL | SECTION "R" (4) |

## ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Cadiere's section 1983 claims against the Terrebonne Parish Sherriff's Office and Deputy Cody Blanchard are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, but WITHOUT PREJUDICE as to his right to assert state law claims in an appropriate state court forum.

New Orleans, Louisiana, this __13th__ day of December, 2016.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 4.